IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *INITIAL APPEARANCE AND ARRAIGNMENT*

USA vs **English et al**  Date: **January 16, 2020**

Case No. **2:19-CR-167**  Time **4:19** to **4:36**

==========================================================================

Honorable **CYNTHIA RICHARDSON WYRICK** U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Robert M. Reeves |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

==========================================================================

| DEFENDANT | DEFENSE ATTORNEY | DEFENDANT | DEFENSE ATTORNEY |
|---|---|---|---|
| Robbie English | Douglas Payne | Stephanie Shelton Gentry | Casey Sears |

**PROCEEDINGS:**   Arrest Date: 12/15/19

- [x] Defendants sworn  [x] Defendants found competent
- [x] Defendants advised of charges, penalties, and rights
- [x] Copy of indictment provided to defendants or counsel by clerk
- [x] Financial affidavit executed  [x] Defendants found indigent
- [x] Counsel present and appointed  [ ] Counsel to be appointed  [ ] Counsel to be retained
- [x] Plea of not guilty to all charges
- [ ] Agreement of government counsel to conditions of release
- [ ] Bond and Conditions of pretrial release set
- [ ] Defendants advised of penalties for violations of pretrial release
- [x] Oral motion by USA for detention   Detention hearing waived for Robbie English
- [ ] Detention Hearing scheduled  for Stephanie Gentry set for 2/12/2020 at 1:30 p.m.
- [x] Defendants remanded to custody of U.S. Marshal  [ ] Defendants released on bond
- [x] Orders to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-19-CR-167_20200116_161314

Case 2:19-cr-00167-RLJ-CRW   Document 64   Filed 01/16/20   Page 1 of 1   PageID #: 114