# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

V.

Robbie English

## EXHIBIT AND WITNESS LIST

Case Number: 2:19-CR-167

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cynthia Richardson Wyrick | Robert M. Reeves | Douglas Payne |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/8/2020 | DCR | Jason Keeton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/8/2020 | x | x | Picture of device that looks like a bomb |
| 2 | | 4/8/2020 | x | x | Picture of a Gun |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages