# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# SITTING AT GREENEVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-167 |
| | ) | Judge Jordan |
| **ROBBIE ENGLISH** | ) | |

## MOTION FOR SEVERANCE

Comes now the Defendant, Robbie English, by and through counsel, and would move this Court for severance of the Defendant from his fellow co-defendants and would show that the Defendant has been incarcerated since January 16, 2020. There is no trial date set presumably because of Defendant 7 who has a status conference set June 29, 2020. Mr. English requested pre-trial release and was denied. Due to the fact that he is detained and is entitled to a speedy trial, Mr. English prays for an order of severance from his co-defendants so he may proceed to trial.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays for the relief sought herein.

                                          Respectfully submitted,

                                          ROBBIE ENGLISH

                      By:    /s/ Douglas L. Payne
                                DOUGLAS L. PAYNE
                                Attorney for Defendant, BPR # 013380
                                401 West Irish Street
                                Greeneville, Tennessee 37743
                                (423) 639-2220

CERTIFICATE OF SERVICE

      I, Douglas L. Payne, do hereby certify that on May 8, 2020, a copy of the foregoing Motion To Sever was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*/s/Douglas L. Payne*
DOUGLAS L. PAYNE, BPR # 013380
Attorney for Defendant
401 West Irish Street
Greeneville, Tennessee 37743
(423) 639-2220