UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2:19-CR-167** |
| vs. | ) | |
| | ) | |
| ROBBIE ENGLISH and RENE BOND, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Defendant Bond filed a Motion to Continue Trial Date [Doc. 262] in which counsel avers that additional time is needed to meet with Defendant and consider options for resolution. Defense counsel noted the impact of the ongoing COVID-19 pandemic on trial preparations as support for this request. Defendant English adopted the Motion. [Doc. 265], and the United States did not oppose it [Doc. 263].

Defendant Bond has shown good cause to grant the relief requested. Despite defense counsel's due diligence, additional time is needed to hold attorney-client meetings and consider options for disposition. The Court notes the impact of the COVID-19 pandemic in delaying disposition of this matter and the fact that case numbers remain high in the District; therefore, Defendant Bond's Motion to Continue [Doc. 262] is **GRANTED**.

The Court sets the following deadlines for this matter, including a new trial date within the confines of the Speedy Trial Act:

| New Scheduling Dates | |
|---|---|
| Trial Date | **May 4, 2021 at 9:00 a.m. before Senior U.S. District Judge R. Leon Jordan** |
| Estimated length of trial | **3 days** |
| Plea Deadline | **April 2, 2021** |
| Requests for Special Jury Instructions | **5 days before trial** |

For the reasons stated above, those set forth in Standing Order 21-01, and those contained in Defendant Bond's Motion to Continue, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

If either Defendant and the United States enter into plea negotiations which prove successful, a fully executed plea agreement shall be filed on or before the plea deadline identified above with an exact copy simultaneously furnished to the chambers of the district judge. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

SO ORDERED:

s/ Cynthia Richardson Wyrick
United States Magistrate Judge