**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case No. 2:19-CR-167 |
| ) | |
| ROBBIE ENGLISH ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now counsel for Robbie English, and would move this Court for an order permitting him to withdraw as attorney for the defendant. Suffice it to say, counsel does not believe that he can continue representation and comply with the Tennessee Rules of Professional Conduct as set forth in Tennessee Supreme Court Rule 8. Counsel has consulted with the defendant who it is believed is in agreement with the proposed action.

WHEREFORE, the Movant respectfully prays for the relief set forth herein.

Respectfully submitted,

By: */s/Douglas L. Payne*
DOUGLAS L. PAYNE
Attorney for Defendant, BPR # 013380
401 West Irish Street
Greeneville, Tennessee 37743
(423) 639-2220
dpaynelaw@comcast.net

CERTIFICATE OF SERVICE

  I, Douglas L. Payne, do hereby certify that on February 17, 2021 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Further a copy will be sent to Robbie English by First Class Mail.

                ***/s/Douglas L. Payne***
                DOUGLAS L. PAYNE