UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:19-CR-167 |
| vs. | ) | |
| | ) | |
| ROBBIE ENGLISH, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Defendant's counsel filed a Motion to Withdraw [Doc. 273], alleging a conflict of interest. Defendant, her present counsel Douglas L. Payne, and Assistant United States Attorney, J. Gregory Bowman, appeared by video to address the motion. The Court finds that it is mandatory for Defendant's counsel to withdraw based upon reasons contained in Defense counsel's Motion as well as those stated during a hearing on the matter; therefore, the motion is well-taken and is **GRANTED**. Helen Nicole Himebaugh, a member in good standing with the CJA Panel in this division, is hereby appointed to represent Defendant. Ms. Himebaugh was present by video to acknowledge her acceptance of the appointment.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge