**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK
220 West Depot St, Suite 200
Greeneville, Tennessee 37745

# NOTICE OF EXHIBIT WITHDRAWAL

Dear Counsel:

Pursuant to Local Rule 43.3, this Notice is to advise counsel that any remaining trial exhibits held by the Clerk's office will be withdrawn and disposed of **within 14 days**. If you would like to pick up these exhibits, please call 423-639-3105 to schedule the pick up. If these exhibits are not picked up in the above time period the clerk is authorized to dispose of them.

s/ Shannon Minnick

Deputy Clerk